UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EZEKIEL RIOS, on behalf of himself, FLSA
Collective Plaintiffs and the Class,

                                    Plaintiff,

                    - against -

ZION FARM LLC d/b/a DELMONICO
GOURMET FOOD MARKET, et al.,

                                    Defendants.

**ORDER**

19 Civ. 4363 (PGG) (KNF)

PAUL G. GARDEPHE, U.S.D.J.:

                    There has been no docket activity in this case since August 5, 2019.

Accordingly, by **December 21, 2020,** Plaintiff will move for a default judgment as to the

remaining Defendants, or show cause why this action should not be dismissed as to the

remaining Defendants for failure to prosecute  Any application for a default judgment

must comply with this Court's Individual Rules of Practice for Civil Cases.

Dated:  New York, New York
             December 7, 2020

SO ORDERED.

Paul G. Gardephe
United States District Judge